UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3B

**Case #:** 3:24-cr-48      **Date:** June 13, 2024

United States of America    **vs.**    Barbara Mullins and Christopher Mullins

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | Loretta Smith |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |

| William Roach, Jr. | Robert Kurtz (B. Mullins) | |
| Jeremy Dykes | Jonathan Cooper (C. Mul.) | |
| **Asst. U.S. Atty** | **Atty(s) for Defendant(s)** | **Atty(s) for Defendant(s) (Cont.)** |

**Proceedings:** Parties present for an ☑ Initial Appearance ☑ Arraignment on an Indictment.
☑ Defendant sworn.
☑ Defendant requested appointment of counsel and submitted financial affidavit.
☑ Court approved financial affidavit and appointed counsel.
☐ Defendant present with retained counsel.
☑ Plea entered:    ☑ Not Guilty      ☐ Guilty
☐ Government requested detention of the defendant:
     ☐ Defendant waived and reserved the right to a detention hearing.
     ☐ Defendant requested detention hearing.
         ☐ Detention hearing set.    ☐ Detention hearing held.
☑ Parties agreed to conditions on which the defendant could be released.
☑ Court set schedule and scheduling order to enter.
☐ With the exception of new deadlines set out below, the schedule in this case is governed by the Order Continued Dates and Deadlines, which was previously entered in this case.
   Scheduling Order provided to counsel.
☑ Case under seal as to defendant: ☑ Unsealed upon granting of motion by AUSA ☐ To remain under seal.

**Dates set at this hearing:**
☑ **Jury Trial:** August 20, 2024 at 9:00 a.m. (Judge Varlan)
☑ **Pretrial Conf.:** August 1, 2024 at 10:00 a.m. (Judge Poplin)
☐ **Detention Hrng.:**
☑ **Motion Hrng:** August 6, 2024 at 11:00 a.m. (Judge Poplin)
☐ **Status Conf:**

**Deadlines set at this hearing:**
☑ **Discovery DDL:** June 20
☑ **Motion Cut-Off:** July 11
☑ **Response DDL:** June 25
☑ **Reciprocal Disc.:** July 19
☑ **Plea DDL:** July 19

☐ Defendant remanded to custody.    ☑ Defendant released on Order Setting Conditions of Release.

**Time:** 11:00    **to**    12:20

◉ I,    Rachel Stone   , **Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.**
Knox-DCR_ 324cr48 _ 20240613 _ 105154