# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-CR-48 |
| | ) | VARLAN/POPLIN |
| BARBARA MULLINS and | ) | |
| CHRISTOPHER MULLINS | ) | |

## DEFENDANTS' JOINT RESPONSE
## TO GOVERNMENT'S MOTION TO DISMISS

Come the Defendants, Barbara and Christopher Mullins, by and through counsel and offer the following response as requested by the Court to the government's Motion to Dismiss Count 1 of the Indictment against co-defendant CAMM Care, LLC [Doc. 58]. To the extent that Mr. and Mrs. Mullins have standing on this issue, they do not object to the government's request pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the charge against their co-defendant, CAMM Care, LLC., doing business as "Patriot Homecare."

Respectfully submitted this 25th day of February, 2025.

          CHRISTOPHER MULLINS

By:   */s/ Jonathan D. Cooper*
      Jonathan D. Cooper  (#016041)
      Whitt, Cooper, Hedrick, & Wojcik
      607 Market Street, Suite 1100
      Knoxville, Tennessee  37902
      (865) 524-8106
      cooper@knoxdefense.com

          BARBARA MULLINS

By:   */s/ Robert R. Kurtz*
      Robert R. Kurtz (#020832)
      625 Market Street, Suite 901
      Knoxville, TN 37902
      865-522-9942
      rrkurtz@gmail.com