UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:24-CR-48-TAV-DCP-3 |
| CAMM CARE, LLC, d/b/a "Patriot Homecare," | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This criminal case is before the Court on the government's Motion to Dismiss [Doc. 58], in which the government seeks to dismiss the indictment as to this defendant without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a), on the ground that it is no longer operating and has not retained counsel to represent its interests in this case. The government notes that CAMM Care's interest in this prosecution is purely financial, but that interest can be addressed in an ancillary proceeding under Federal Rule of Criminal Procedure 32.2(c) [*Id.*]. Codefendants have indicated that they have no objection to the government's motion to dismiss [Doc. 60].

Having reviewed the government's motion and Rule 48(a), the Court hereby **GRANTS** the government's motion [Doc. 58] and **DISMISSES without prejudice** Count One of the indictment in this case as to CAMM Care, LLC [Doc. 3].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE